IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:17CR3132-2 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| NICOLE RENEE KEMP, | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's unopposed motion to continue sentencing (filing no. 73) is granted.

(2) The defendant's sentencing is continued to Thursday, January 3, 2019, at 12:00 p.m., before the undersigned United States district judge, in Courtroom No. 2, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated September 13, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge