IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NICOLE RENEE KEMP,<br><br>　　　　　　Defendant. | 4:17CR3132<br><br>ORDER |

　　　Ms. Kemp seeks compassionate release because of her fear of Covid. For the reasons articulated in the government's brief (Filing 133), I shall deny her motion. Ms. Kemp has already contracted the virus and recovered. Furthermore, Ms. Kemp has refused vaccination. The fact that Ms. Kemp has a noncancerous lipoma does not alter my conclusion that Ms. Kemp has not presented "extraordinary and compelling reasons" for a reduction of sentence. Therefore,

　　　IT IS ORDERED that the motion for compassionate release (Filing 122) is denied.

　　　Dated this 2nd day of March, 2021.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　Senior United States District Judge